1  Scott D. Simpson, Esq.
   THE LAW OFFICE OF SCOTT D. STIMPSON
2  Suite 1102
   445 Hamilton Ave.
3  White Plains, NY 10601
   Tel: 203.258.8412
4  E-mail: stimpsonlaw@gmail.com

5
   MORGAN, LEWIS & BOCKIUS LLP
6  ANDREW J. WU, State Bar No. 10797
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
8  Tel: 650.843.4000
   Fax: 650.843.4001
9  E-mail: awu@morganlewis.com

10
   Attorneys for Third-Party
11 PHILIPS LUMILEDS LIGHTING CO. LLC

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15                                                  CV 08-80029 MISC.

16 BRIDGELUX, INC.                    )  MISCELLANEOUS
                                      )
17     Plaintiff and Counterdefendant )  Arising out of the Pending Case in the
                                      )  UNITED STATES DISTRICT COURT
18            vs.                     )  for the Eastern District of Texas
                                      )  Case No. 9:06-CV-00240-RHC
19 CREE, INC.                         )
                                      )  [PROPOSED] ORDER GRANTING
20     Defendant and Counterclaimant. )  MOTION OF THIRD PARTY PHILIPS
                                      )  LUMILEDS LIGHTING COMPANY LLC
21                                    )  TO QUASH OR MODIFY SUBPOENAS
                                      )  SERVED BY CREE, INC.
22                                    )
                                         Date: April 11, 2008
23                                       Time: 9:00 a.m.

24

25

26

27

28
MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
   PALO ALTO

RECEIVED
MAR - 7 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING
ADR
ORIGINAL
RMW
PVT

The motion of Philips Lumileds Lighting Co. LLC for an order quashing or modifying the subpoenas served on it on or about February 27, 2008 and March 7, 2008 by Cree, Inc. was submitted for hearing on April 11, 2008. The Court has reviewed the papers submitted and the authority cited and has considered the arguments made in connection with this motion.

**IT IS HEREBY ORDERED THAT** the motion is GRANTED and the subpoenas served on Philips Lumileds Lighting Co. LLC by Cree, Inc. on or about February 27, 2008 and March 7, 2008 are quashed.

IT IS SO ORDERED.

Dated: April ___, 2008

_____
UNITED STATES _____ JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

2