1  Scott D. Simpson, Esq.
   THE LAW OFFICE OF SCOTT D. STIMPSON
2  Suite 1102
   445 Hamilton Ave.
3  White Plains, NY 10601
   Tel: 203.258.8412
4  E-mail: stimpsonlaw@gmail.com

5
   MORGAN, LEWIS & BOCKIUS LLP
6  ANDREW J. WU, State Bar No. 107941
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
8  Tel: 650.843.4000
   Fax: 650.843.4001
9  E-mail: awu@morganlewis.com

10
   Attorneys for Third-Party
11 PHILIPS LUMILEDS LIGHTING CO. LLC

**E-FILING**

**ADR**

**Filed**
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION                    **RMW**
15
                                                  **CV 08-80029 MISC.**
16 BRIDGELUX, INC.                                MISCELLANEOUS
17     Plaintiff and Counterdefendant,                         **PVT**
18                                                Arising out of the Pending Case in the
       vs.                                        UNITED STATES DISTRICT COURT
19                                                for the Eastern District of Texas
   CREE, INC.                                     Case No. 9:06-CV-00240-RHC
20
       Defendant and Counterclaimant.             **PROOF OF SERVICE**
21
                                                  Date: April 11 2008
22                                                Time: 9:00 a.m.

23

24

25

26

27

28
MORGAN, LEWIS &
BOCKIUS LLP                                       PHILIPS LUMILEDS LIGHTING CO.'S
ATTORNEYS AT LAW                                  MOT. TO QUASH CREE, INC.'S
PALO ALTO                                         SUBPOENA (MISC.)

1  I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On March 7, 2008, I caused copies of the attached document(s) described as follows:

**MOTION OF THIRD PARTY PHILIPS LUMILEDS LIGHTING COMPANY LLC TO QUASH OR MODIFY SUBPOENAS SERVED BY CREE, INC.**

**DECLARATION OF SCOTT STIMPSON IN SUPPORT OF MOTION OF THIRD PARTY PHILIPS LUMILEDS LIGHTING COMPANY LLC TO QUASH OR MODIFY SUBPOENAS SERVED BY CREE, INC.**

**[PROPOSED] ORDER GRANTING MOTION OF THIRD PARTY PHILIPS LUMILEDS LIGHTING COMPANY LLC TO QUASH OR MODIFY SUBPOENAS SERVED BY CREE, INC.**

to be served on:

David C. Radulescu

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Aaron Myers
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

☒ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

X (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on March 7, 2008.

Denise Judilla

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2                          PHILIPS LUMILEDS LIGHTING CO.'S
                           MOT. TO QUASH CREE, INC.'S
                           SUBPOENA (MISC.)