1    **[APPEARANCES LISTED ON SIGNATURE PAGE]**

2

3

4

5

6

7

8

9

10

11

12

13

14                          UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

16

17   BRIDGELUX, INC.,                    |   Case No. 5:08-mc-80029 RMW (PVT)

18            Plaintiff/Counterclaim     |   **STIPULATED CONTINUATION OF**
              Defendant                  |   **HEARING DATE FOR THIRD PARTY**
                                         |   **PHILIPS LUMILEDS LIGHTING**
19      v.                               |   **COMPANY LLC'S MOTION TO**
                                         |   **QUASH OR MODIFY SUBPOENAS**
20   CREE, INC.,                         |   **SERVED BY CREE, INC.;**
                                         |   **SUPPORTING DECLARATION;**
21            Defendant/Counterclaim     |   **[PROPOSED] ORDER**
              Plaintiff.                 |
22                                       |   Honorable Ronald M. Whyte

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter relates to a motion to quash a subpoena served in this district as part of a patent litigation currently pending in the Eastern District of Texas. The subpoena was served by Cree, Inc. on third-party Philips Lumileds Lighting Co. Pursuant to Civil Local Rule 6-2, the parties have met and conferred, and agree that a continuation of the hearing date is desirable. A continuation will allow the parties to further meet and confer. It will also allow coordination with another motion to quash the same subpoena that was filed in the San Francisco division of this District by BridgeLux, Inc., the plaintiff in the underlying patent litigation in Texas. That motion to quash is Case No. C 08-80028 Misc JSW (EDL). It is currently pending before Magistrate Judge Elizabeth Laporte and is set for hearing on April 22, 2008.

Accordingly, the parties hereby stipulate that, with the Court's permission, the current hearing date of April 11, 2008, be continued to April 22, 2008 or as soon thereafter as is convenient for the Court, such that it can be briefed and heard on the same schedule as the parallel motion to quash pending before Judge Laporte.

There have not been any prior modifications to the hearing date for this Motion. Counsel for Cree represents that the continuation will not have any effect on the schedule for this case, which is pending in the Eastern District of Texas, and not in this district.

1

2    Dated:  March 21, 2008                         ___/s/ Scott D. Stimpson_____

3                                                   The Law Office of Scott D. Stimpson
                                                    445 Hamilton Avenue, Suite 102
4                                                   White Plains, NY  10601
                                                    Telephone: (203) 258-8412
                                                    E-mail:  stimpsonlaw@gmail.com
5
                                                    Attorney for Third Party
6                                                   PHILIPS LUMILEDS LIGHTING CO. LLC

7

8

9

10

11

12

13

14

15

16    Dated:  March 21, 2008                        ___/s/ Nicholas A. Brown_____

                                                    Nicholas A. Brown (Bar No. 198210)
17                                                  E-Mail:  nicholas.brown@weil.com
                                                    WEIL, GOTSHAL & MANGES LLP
18                                                  Silicon Valley Office
                                                    201 Redwood Shores Parkway
19                                                  Redwood Shores, CA  94065
                                                    Telephone: (650) 802-3000
20                                                  Facsimile: (650) 802-3100

21                                                  Attorneys for Defendant
                                                    CREE, INC.
22

23

24

25

26

27

28

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING                    Case No. 5:08-mc-80029 RMW (PVT)
DECLARATION;  [PROPOSED] ORDER                          3

**SUPPORTING DECLARATION OF NICHOLAS A. BROWN**

I, Nicholas A. Brown, declare as follows:

1.      I am an attorney at the firm of Weil, Gotshal, and Manges L.L.P., attorneys of record for Defendant Cree, Inc.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.      The factual representations made above in the above Stipulation are true.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 21, 2008 at Redwood Shores, California.

_____*/s/ Nicholas A. Brown*_____
Nicholas A.. Brown

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        _____

The Honorable Patricia V. Trumbull
U.S. District Court Magistrate Judge