**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BRIDGELUX, INC.,                                              08-mc-80029 RMW

                    Plaintiff(s)

                                              **CLERK'S NOTICE CONTINUING**
                                              **HEARING DATE ON MOTION**

CREE, INC.,

                    Defendant(s).

_____

      Please take notice that Third Party Philips Lumileds Lighting Company LLC's Motion to

Quash or Modify Subpoenas previously scheduled for April 11, 2008 at 10:00 a.m.  has been continued to

**April 22, 2008  at 10:00 a.m.**   Parties are to appear in courtroom#5, 4th floor of the U.S. Courthouse, 280

South First Street, San Jose, California.


Dated: 3/27/08

                              /s/ Corinne Lew
                              _____
                              Corinne Lew
                              DEPUTY CLERK