NICHOLAS A. BROWN (Bar No. 198210)
nicholas.brown@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
CREE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREE, INC.,<br><br>　　　　Defendant. | Case No. 5:08-mc-80029 RMW (PVT) |

***[PROPOSED] ORDER RE MOTION TO QUASH SUBPOENA***

Date: April 22, 2008
Time: 10:00 a.m.

Date of Filing: March 7, 2008
Trial Date: N/A

*Mag. Patricia V. Trumbull*

1 | Having considered the Motion To Quash Subpoena, the opposition, the reply, and
2 | supporting arguments, THE COURT HEREBY ORDERS AS FOLLOWS
3 | The Motion To Quash Subpoena is DENIED.
4 | Dated:

_____
The Honorable Patricia V. Trumbull
U.S. District Court Mag. Judge

[PROPOSED] ORDER

Case No. 5:08-mc-80029 RMW (PVT)
SV1:\291488\01\68ww01!.DOC\39603.0015