1  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   Attorneys for Defendant
6  CREE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  BRIDGELUX, INC.,                    Case No. 5:08-mc-80029 RMW (PVT)

13                  Plaintiff,

14        v.

15  CREE, INC.,

16                  Defendant.

17

18

19          *MISCELLANEOUS ADMINISTRATIVE REQUEST*
            *PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO*
20          *SEAL DOCUMENTS RELATED TO CREE'S OPPOSITION TO*
                     *MOTION TO QUASH*
21
                    Date:  April 22, 2008
22                  Time:  10:00 a.m.

23              Date of Filing:  March 7, 2008
                     Trial Date:  N/A
24
                 *Mag. Patricia V. Trumbull*
25

26

27

28

1    Cree, Inc. ("Cree") hereby requests, pursuant to Civil Local Rules 7-11 and 79-5,

2    an Order sealing the following documents lodged under seal in connection with Cree's

3    Opposition To Motion To Quash Subpoena:

4        1)    The unredacted version of Cree's Opposition to Motion to Quash Subpoena

5        2)    The Confidential Declaration of Nicholas A. Brown In Support Of Cree's

6    Opposition to Motion to Quash Subpoena, and the confidential exhibits attached thereto,

7    specifically labeled Exhibits 1-6.

8        The unredacted version of Cree's Opposition to Motion to Quash Subpoena and

9    the documents labeled as Exhibits 1-6 attached to the Confidential Declaration of Nicholas A.

10   Brown In Support Of Cree's Opposition to Motion to Quash Subpoena contain information or

11   quotation from information that BridgeLux, Inc. has designated as confidential under the

12   Protective Order entered in the underlying case pending in the Eastern District of Texas,

13   *Bridgelux, Inc. v. Cree, Inc.* No. 06-cv-00240-RHC.   As a result, Cree lodges this documents

14   under seal.   A redacted version of the Cree's Opposition to Motion to Quash Subpoena with the

15   confidential portions removed has been filed herewith.   Accordingly, this narrowly-tailored

16   request to seal is only for material which has been designated confidential.   A Proposed Order has

17   been filed and served herewith.

18   Dated:   April 1, 2008                    WEIL, GOTSHAL & MANGES LLP

19

20                                            By:    */s/ Nicholas A. Brown*

21                                                   Nicholas A. Brown
                                                     Attorneys for Defendant

22

23

24

25

26

27

28

1  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   Attorneys for Defendant
6  CREE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  BRIDGELUX, INC.,                    Case No. 5:08-mc-80029 RMW (PVT)

13              Plaintiff,

14       v.

15  CREE, INC.,

16              Defendant.

17

18

19      *[PROPOSED] ORDER GRANTING MISCELLANEOUS*
        *ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL*
20      *RULES 7-11 AND 79-5 TO SEAL DOCUMENTS RELATED TO*
        *CREE'S OPPOSITION TO MOTION TO QUASH*
21
              Date:  April 22, 2008
22            Time:  10:00 a.m.

23         Date of Filing:  March 7, 2008
              Trial Date:  N/A
24
           *Mag. Patricia V. Trumbull*
25

26

27

28

1        Having considered Cree, Inc.'s Miscellaneous Administrative Request Pursuant to

2    Civil Local Rules 7-11 and 79-5 to Seal Documents Related To Cree's Motion To Quash

3    Subpoena (hereinafter "Cree's Miscellaneous Administrative Request"), THE COURT GRANTS

4    THE MOTION AND HEREBY ORDERS AS FOLLOWS:

5        1)    The unredacted version of Cree's Opposition to Motion to Quash Subpoena

6    shall be sealed.

7        2)    The Confidential Declaration of Nicholas A. Brown In Support Of Cree's

8    Opposition to Motion to Quash Subpoena, and the confidential exhibits attached thereto,

9    specifically labeled Exhibits 1-6, shall be sealed.

10

11    Dated:

12

13                                        _____

                                        The Honorable Patricia V. Trumbull
                                        U.S. District Court Mag. Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28