| | |
|---|---|
| 1 | NICHOLAS A. BROWN (Bar No. 198210) |
|   | nicholas.brown@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 3 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA  94065 |
| 4 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | CREE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC., | Case No. 5:08-mc-80029 RMW (PVT) |
| Plaintiff, | |
| v. | |
| CREE, INC., | |
| Defendant. | |

*PROOF OF SERVICE*

**PROOF OF SERVICE**

I, Jean Wirdzek, declare that I am over the age of 18 years, am not a party to this action, and am employed in the County of San Mateo. My place of employment and business address is Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065. On April 1, 2008, I caused to be served the attached on the following individuals and entities, as addressed below, by the means indicated below:

- Cree's Opposition To Motion To Quash [Filed Under Seal]
- Confidential Declaration Of Nicholas A. Brown In Support Of Opposition To Motion To Quash Subpoena

[ ] **BY MAIL.** I caused the above-identified documents(s) to be deposited for collection and processing of correspondence for mailing with the United States Postal Service.

[ ] **BY FACSIMILE.** I caused the above-identified document(s) to be sent by facsimile transmission to the party(ies) listed below at the facsimile number(s) shown.

[ **XX** ] **BY OVERNIGHT COURIER SERVICE** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business.

[ ] **BY HAND DELIVERY** I caused said documents to be hand delivered to the parties designated below by delivering said copies thereof to a person over the age of eighteen (18) years and not a party to this action.

[ ] **BY EMAIL**

Andrew J. Wu
**Morgan Lewis & Bockius**
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

Aaron Myers
**Howrey LLP**
525 Market Street, Suite 3600
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1, 2008 in Redwood Shores, California.

\_\_/s/_____
Jean Wirdzek

PROOF OF SERVICE

5:08-mc-80029 RMW (PVT)
SV1:\291497\01\68x501!.DOC\39603.0015