1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC.,<br><br>        Plaintiff/Counterclaim Defendant<br><br>v.<br><br>CREE, INC.,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 5:08-mc-80029 RMW (PVT)<br><br>**STIPULATED WITHDRAWAL OF THIRD PARTY PHILIPS LUMILEDS LIGHTING COMPANY LLC'S MOTION TO QUASH OR MODIFY SUBPOENAS SERVED BY CREE, INC.; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

1
2       This matter relates to a motion to quash subpoenas served in this district as part of
3  a patent litigation currently pending in the Eastern District of Texas. The subpoenas were served
4  by defendant Cree, Inc. on third-party Philips Lumileds Lighting Co., who moved to quash.

        Subsequently, defendant Cree and plaintiff BridgeLux, Inc. reached an agreement
5  in the underlying litigation, and based on that agreement Cree has withdrawn its pending
6  subpoenas of Lumileds. Philips Lumileds and Cree then met and conferred, and agree that
7  Lumileds' motion to quash should be withdrawn as moot.
8

9  Dated: April 8, 2008              /s/ Andrew Wu
                                     Andrew Wu
10                                   Morgan, Lewis & Bockius, LLP
                                     2 Palo Alto Square
11                                   3000 El Camino Real, Suite 700
                                     Palo Alto, CA 94306
12                                   E-mail: awu@morganlewis.com

13                                   Attorney for Third Party
                                     PHILIPS LUMILEDS LIGHTING CO. LLC
14
15
16
17
18
19
20
21
22
23 Dated: April 8, 2008              /s/ Nicholas A. Brown
                                     Nicholas A. Brown (Bar No. 198210)
24                                   E-Mail: nicholas.brown@weil.com
                                     WEIL, GOTSHAL & MANGES LLP
25                                   Silicon Valley Office
                                     201 Redwood Shores Parkway
26                                   Redwood Shores, CA 94065
                                     Telephone: (650) 802-3000
27                                   Facsimile: (650) 802-3100

28                                   Attorney for Defendant
                                     CREE, INC.

STIPULATED WITHDRAWAL OF LUMILEDS' MOTION TO QUASH
CREE'S SUBPOENAS; SUPPORTING DECLARATION;                         Case No. 5:08-mc-80029 RMW (PVT)
[PROPOSED] ORDER                              2

1  PURSUANT TO STIPULATION, IT IS ORDERED that Philips Lumileds'
2  motion is withdrawn as moot.
3
4
   Dated: _____
5  The Honorable Patricia V. Trumbull
   U.S. District Court Magistrate Judge

1
2

**GENERAL ORDER ATTESTATION**

3
4
5
6
7

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu attest that concurrence in the filing of this document has been obtained from Nicholas A. Brown. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of April, 2008, at Palo Alto, California.

8
9

                                            */s/* Andrew J. Wu
                                            Andrew J. Wu

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED WITHDRAWAL OF LUMILEDS' MOTION TO QUASH
CREE'S SUBPOENAS; SUPPORTING DECLARATION; [PROPOSED]
ORDER

Case No. 5:08-mc-80029 RMW (PVT)