1  [APPEARANCES LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC.,<br><br>        Plaintiff/Counterclaim Defendant<br><br>v.<br><br>CREE, INC.,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 5:08-mc-80029 RMW (PVT)<br><br>**STIPULATED WITHDRAWAL OF THIRD PARTY PHILIPS LUMILEDS LIGHTING COMPANY LLC'S MOTION TO QUASH OR MODIFY SUBPOENAS SERVED BY CREE, INC.; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

This matter relates to a motion to quash subpoenas served in this district as part of a patent litigation currently pending in the Eastern District of Texas. The subpoenas were served by defendant Cree, Inc. on third-party Philips Lumileds Lighting Co., who moved to quash.

Subsequently, defendant Cree and plaintiff BridgeLux, Inc. reached an agreement in the underlying litigation, and based on that agreement Cree has withdrawn its pending subpoenas of Lumileds. Philips Lumileds and Cree then met and conferred, and agree that Lumileds' motion to quash should be withdrawn as moot.

Dated: April 8, 2008        /s/ Andrew Wu
                            Andrew Wu
                            Morgan, Lewis & Bockius, LLP
                            2 Palo Alto Square
                            3000 El Camino Real, Suite 700
                            Palo Alto, CA 94306
                            E-mail: awu@morganlewis.com

                            Attorney for Third Party
                            PHILIPS LUMILEDS LIGHTING CO. LLC

Dated: April 8, 2008        /s/ Nicholas A. Brown
                            Nicholas A. Brown (Bar No. 198210)
                            E-Mail: nicholas.brown@weil.com
                            WEIL, GOTSHAL & MANGES LLP
                            Silicon Valley Office
                            201 Redwood Shores Parkway
                            Redwood Shores, CA 94065
                            Telephone: (650) 802-3000
                            Facsimile: (650) 802-3100

                            Attorney for Defendant
                            CREE, INC.

PURSUANT TO STIPULATION, IT IS ORDERED that Philips Lumileds' motion is withdrawn as moot.

Dated: 4/21/08

_____
The Honorable Patricia V. Trumbull
U.S. District Court Magistrate Judge

STIPULATED WITHDRAWAL OF LUMILEDS' MOTION TO QUASH
CREE'S SUBPOENAS; SUPPORTING DECLARATION;
[PROPOSED] ORDER

3

Case No. 5:08-mc-80029 RMW (PVT)